UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kelsey O'Brien
                Plaintiff,

v.                                             Case No.: 1:14–cv–06975
                                                Honorable Amy J. St. Eve

Home Depot, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 10, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: Initial status hearing set for 10/22/14 at 8:30 a.m. in courtroom 1241. Parties shall refer to Judge St. Eve's web page at www.ilnd.uscourts.gov and file a joint status report by 10/17/14 as set forth in the Initial Status Conferences procedure. If the defendant has not been served as of 10/17/14, the Court will continue the filing date for the joint status report until the defendant is served. If the defendant files a motion to dismiss prior to the filing of the joint status report, the Court will continue the filing date for the joint status report until after the Court rules on the pending motion. Plaintiff's motion for class certification [5] is denied without prejudice as premature. Defendant is on notice that this is a putative class action. No appearance is required on the 9/23/14 notice date. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.